PEOPLE *v.* WILLIE MITCHELL.  Appeal from Recorder's Court of Detroit, Donald S. Leonard, J.  Submitted Division 1 November 8,

1971, at Lansing. (Docket No. 11700.) Decided November 30, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*Marvin Q. Horwitz*, for defendant on appeal.

Before: McGREGOR, P. J., and FITZGERALD and QUINN, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to murder in the second degree. He was sentenced and he appeals.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.